# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00373-CV

**Roberto Salais, Appellant**

**v.**

**The Attorney General of Texas, Appellee**

### FROM THE 395TH DISTRICT COURT OF WILLIAMSON COUNTY
### NO. 19-0798-F395, THE HONORABLE DAWN ELIZABETH BAARDSEN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on July 17, 2019.  On August 15, 2019, this Court sent a notice to appellant informing him that his brief was overdue and that a failure to file a satisfactory response by August 26, 2019, would result in the dismissal of this appeal for want of prosecution.  To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution.  *See* Tex. R. App. P. 42.3(b).

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Triana and Smith

Dismissed for Want of Prosecution

Filed:   September 13, 2019